UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SERGEY MKHITARYAN,

Plaintiff,

v.

COUNTY OF CLARK,

Defendant.

Case No. 2:26-cv-02090-JAD-DJA

ORDER

## I. DISCUSSION

Plaintiff Sergey Mkhitaryan initiated this action by submitting a complaint but neither paid the full filing fee for a civil action nor filed an application to proceed *in forma pauperis*. In a motion, Plaintiff explains that he does not want to file an application to proceed *in forma pauperis* but instead wants to apply the filing fee from another case to this case. (ECF No. 8 at 1). The Court grants Plaintiff's motion to accept the other payment. (ECF No. 8).

After consulting with the Court's finance department, it appears that Plaintiff paid the full filing fee twice for a total of $810 in *Mkhitaryan v. County of Clark*, 2:24-cv-00708-RFB-NJK. *See* 2:24-cv-00708-RFB-NJK at ECF Nos. 5, 54. The Court now directs the finance department to apply the $405 overpayment in 2:24-cv-00708-RFB-NJK to this case and enter the appropriate "receipt" in the docket.

## II. CONCLUSION

It is therefore ordered that the motion of notice of accepted payment (ECF No. 8) is granted.

The Court's finance department is directed to apply the $405 overpayment in *Mkhitaryan v. County of Clark*, 2:24-cv-00708-RFB-NJK to this case and enter the appropriate "receipt" in this docket.

The Clerk of the Court is directed to send a courtesy copy of this order to the Court's finance department.

DATED: August 4, 2026.

UNITED STATES MAGISTRATE JUDGE